**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6372**

_____

SAMUEL E. HARRIS,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:16-cv-00158-HEH-RCY)

_____

Submitted:  June 20, 2017                                    Decided:  June 23, 2017

_____

Before SHEDD, WYNN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Samuel E. Harris, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel E. Harris appeals the district court's order denying without prejudice the court's dismissal without prejudice of his Federal Tort Claims Act action under Fed. R. Civ. P. 41(b), for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. U.S. Dep't of Veterans Affairs*, No. 3:16-cv-00158-HEH-RCY (E.D. Va. Feb. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*